# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

MICHAEL J. CAMPBELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0264

———————————————

November 12, 2025

Appeal from the Circuit Court for Pinellas County; Julie L. Sercus, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

   Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.